# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ARIANNA FLEMING,

    Plaintiff,

v.

MY FIRST PEEKABOO ULTRASOUND WI LLC, JEREMY RODEKUHR, and ANNA RODEKUHR,

    Defendants.

Case No. 20-CV-252-JPS

**ORDER**

    On February 17, 2020, Plaintiff filed a complaint pursuant to 29 U.S.C. § 201 *et seq.* alleging violations of the Fair Labor Standards Act and Wisconsin state law. ECF No. 1. On March 15, 2022, the parties signed and filed a stipulation of dismissal of this action in its entirety with prejudice and without costs except as provided in their settlement agreement, which the Court has not overseen, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF No. 33. The Court will adopt the parties' stipulation.

    Accordingly,

    **IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 33, be and the same is hereby **ADOPTED**; and

    **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

    Dated at Milwaukee, Wisconsin, this 18th day of March, 2022.

    BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge